# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS

JOHN DOE  
Plaintiff

v.

ROBLOX CORPORATION  
Defendant

3:25-cv-02175  
Civil Action No.

## CERTIFICATE OF INTERESTED PERSONS/DISCLOSURE STATEMENT

(This form also satisfies Fed. R. Civ. P. 7.1)

Pursuant to Fed. R. Civ. P. 7.1 and LR 3.1(c), LR 3.2(e), LR 7.4, LR 81.1(a)(4)(D), and LR 81.2,

Plaintiff John Doe

provides the following information:

For a nongovernmental corporate party, the name(s) of its parent corporation and any publicly held corporation that owns 10% or more of its stock (if none, state "None"):
*Please separate names with a comma. Only text visible within box will print.*

None

A complete list of all persons, associations of persons, firms, partnerships, corporations, guarantors, insurers, affiliates, parent or subsidiary corporations, or other legal entities that are financially interested in the outcome of the case:
*Please separate names with a comma. Only text visible within box will print.*

John Doe - Plaintiff  
Milberg Coleman Bryson Phillips Grossman, PLLC - Plaintiff's Counsel  
Stinar Gould Grieco & Hensley, PLLC - Plaintiff's Counsel  
Roblox Corporation - Defendant

| | |
|---|---|
| Date: | August 13, 2025 |
| Signature: | *Alexander E. Wolf* |
| Print Name: | Alexander E. Wolf |
| Bar Number: | 24134558 |
| Address: | 280 S. Beverly Dr., Penthouse |
| City, State, Zip: | Beverly Hills, CA 90212 |
| Telephone: | (872) 365-7060 |
| Fax: | |
| E-Mail: | awolf@milberg.com |

**NOTE:** To electronically file this document, you will find the event in our Case Management (CM/ECF) system, under Civil => Other Documents => Certificate of Interested Persons/Disclosure Statement.